```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04110-RNO
Kemal Jadadic                                                       Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1                  Date Rcvd: Jan 17, 2020
                              Form ID: ordsmiss            Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +Kemal Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
5257824        +Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
5258773        +Bayview Loan Servicing, LLC,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5250925        +Chase Cardmember Services,    PO Box 6294,    Carol Stream, IL 60197-6294
5250926        +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5250923        +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
5250922        +Sanela Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5273283         EDI: GMACFS.COM Jan 18 2020 00:08:00       Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
5250924         EDI: GMACFS.COM Jan 18 2020 00:08:00       Ally Financial,    PO Box 90011951,
                 Louisville, KY 40290
5277077        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2020 19:16:18
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables FL 33146-1837
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5257819          AMENDED MATRIX
5257823*         Ally Financial,    PO Box 90011951,    Louisville, KY 40290
5257830*        +Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
5257825*        +Chase Cardmember Services,    PO Box 6294,    Carol Stream, IL 60197-6294
5250921*        +Kemal Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
5257820*        +Kemal Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
5257826*        +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Mellon Independence Center,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5257822*        +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
5257821*        +Sanela Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
                                                                                  TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Philip W. Stock    on behalf of Debtor 1 Kemal   Jadadic pwstock@ptd.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kemal Jadadic, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:19–bk–04110–RNO |

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 17, 2020

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)